No. 95–2006. FRANK, SHERIFF, ORANGE COUNTY, VERMONT *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Printz* v. *United States, ante,* p. 898. ■

No. 96–323. K. R., AN INFANT, BY HER PARENTS AND NEXT FRIENDS, ET AL. *v.* ANDERSON COMMUNITY SCHOOL CORP. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Individuals With Disabilities Education Act Amendments of 1997. ■

No. 96–437. CHRISTIANS, TRUSTEE *v.* CRYSTAL EVANGELICAL FREE CHURCH. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Boerne* v. *Flores, ante,* p. 507. ■

No. 96–710. SULLIVAN ET AL. *v.* SASNETT ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Boerne* v. *Flores, ante,* p. 507. ■

No. 96–776. BOARD OF EDUCATION OF THE ENLARGED CITY SCHOOL DISTRICT OF THE CITY OF WATERVLIET, NEW YORK *v.* RUSSMAN, CHILD WITH DISABILITIES, BY HER PARENTS, RUSSMAN ET VIR. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Individuals With Disabilities Education Act Amendments of 1997. ■

No. 96–1267. ABRAMS *v.* BARNETT, WARDEN. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy, ante,* p. 320. ■